**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2375**

XULI ZHANG,

                    Plaintiff - Appellant,

          v.

POLICE S. REGAN; POLICE PEC. M. GREEN,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Theresa C. Buchanan,
Magistrate Judge.  (1:10-cv-01329-TCB)

Submitted:  April 26, 2012          Decided:  April 30, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Xuli Zhang, Appellant Pro Se.  Karen L. Gibbons, COUNTY
ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Xuli Zhang appeals the magistrate judge's order denying her post-judgment motion to correct the clerk's mistake. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. Zhang v. Regan, No. 1:10-cv-01329-TCB (E.D. Va. filed Dec. 7, 2011 & entered Dec. 8, 2011). We deny Zhang's motions for sanctions and for relief from the judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED